**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

    Plaintiff,

  v.

KENNETH R. CHAPPELL, Warden,
San Quentin State Prison,

    Defendant.
_____/

No. C 12-0811 CW (PR)

JUDGMENT

    Pursuant to the Court's Order of today's date dismissing the instant action pursuant to 28 U.S.C. § 1915(g), a judgment of DISMISSAL without prejudice is hereby entered.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 4/11/2012

                          CLAUDIA WILKEN
                          UNITED STATES DISTRICT JUDGE